UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:16-CR-00043 |
| ) | REEVES/CORKER |
| ANTHONY WELLS ) | |

## ORDER

On March 8, 2018, the Honorable Clifton L. Corker, United States Magistrate Judge, filed a Report and Recommendation [R. 99], in which he recommended that defendant's motion to dismiss the superseding indictment in this case be denied.

There being no timely objections filed by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to dismiss the superseding indictment [R. 84] is **DENIED.**

Enter:

_/s/ Pamela L. Reeves_
**UNITED STATES DISTRICT JUDGE**